CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Feb 23 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR26-00077 MAG |
| Plaintiff, | VIOLATION: |
| v. | 36 C.F.R. § 1004.23(a)(1)—Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor) |
| JASON SMITH, | |
| Defendant. | SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: (36 C.F.R. § 1004.23(a)(1)—Operating a Motor Vehicle Under the Influence of Alcohol)

On or about March 29, 2025, in the Northern District of California, within the federally-owned land administered by the Presidio Trust, the defendant,

JASON SMITH,

unlawfully and knowingly operated and was in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

DATED: February 20, 2026

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Jean Fundakowski
JEAN FUNDAKOWSKI
Assistant United States Attorney

INFORMATION